

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00033-CV

Kendall **HARRIS** and Angela Pyatte,
Appellants

v.

**LAWYERS TITLE INSURANCE CORPORATION**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-12-52792-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  March 11, 2015

DISMISSED FOR WANT OF PROSECUTION

On January 22, 2015, appellants filed a notice of appeal from the trial court's judgment or order signed December 22, 2015.  The clerk's record was due February 20, 2015, sixty days after the order or judgment was signed.  *See* TEX. R. APP. P. 35.1.  On February 9, 2015, the Clerk of Jim Wells County filed a notification stating the clerk's record would not be filed because appellants had not paid or made arrangements to pay the clerk's fee to prepare the record and are not entitled to appeal without paying the fee.  On February 11, 2015, we ordered appellants to provide written proof to this court on or before February 23, 2015, that either (1) the clerk's fee

has been paid or arrangements had been made to pay the clerk's fee; or (2) they are entitled to appeal without paying the clerk's fee. We cautioned appellants that if they failed to respond within the time provided, the appeal would be dismissed for want of prosecution. *See id.* R. 37.3(b). Appellants have not filed a response.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee Lawyers Title Insurance Corporation recover its costs in this appeal from appellants Kendall Harris and Angela Pyatte.

PER CURIAM